USCA1 Opinion

 

 [NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT
 ____________________

No. 97-2274

 UNITED STATES OF AMERICA,

 Appellee,

 v.

 HENRY CIFUENTES-RIASCOS, A/K/A WILLIAM ALLEGRIA,
 A/K/A CARLOS OTERO-RIVERA, A/K/A HENRY CINFUENTES-RIASCOS,

 Defendant, Appellant.

 ____________________

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF PUERTO RICO

 [Hon. Carmen Consuelo Cerezo, U.S. District Judge]

 ____________________

 Before

 Torruella, Chief Judge,
 Selya and Boudin, Circuit Judges.

 ____________________

 Henry Cifuentes on brief pro se.
 Guillermo Gil, United States Attorney, Jose A. Quiles-Espinosa,
Warren Vazquez and Nelson Perez-Sosa, Assistant United States Attorneys,
on brief for appellee.

 ____________________
 
 March 12, 1998
 ____________________

 Per Curiam. After this court affirmed appellant's
 conviction, the district court no longer had the power to
 reconsider or modify appellant's sentence. Consequently, the
 district court properly denied appellant's "Motion for
 Modification of Imprisonment," which asked the district court
 to reduce appellant's sentence for acceptance of
 responsibility, a reduction the district court had expressly
 denied at sentencing. If appellant's complaint is that his
 trial counsel forced appellant to go to trial against his will
 and would not allow appellant to plead guilty, that type of
 complaint could not be considered by the district court in the
 context of appellant's "Motion for Modification of
 Imprisonment," but instead would need to be presented in a 
 2255 petition. As appellant did not ask the district court to
 treat his motion as a 2255 petition, the district court did
 not err in failing to so treat it. 
 Affirmed. Loc. R. 27.1.